UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JULIE MAURY,                                     :
                                                 :
            Plaintiff,                           :
                                                 :
      v.                                         :      19-cv-05277 (ER)
                                                 :
TRIBECA GRAND HOTEL, INC. AND HARTZ              :
HOTEL SERVICES, INC.,                            :
                                                 :
            Defendants.                          :
                                                 :
-----------------------------------------------------------------x

## [PROPOSED] REVISED SCHEDULING ORDER

Plaintiff Julie Maury and Defendants Tribeca Grand Hotel, Inc. and Hartz Hotel Services, Inc. (collectively, the "Parties"), through their respective counsel, hereby submit the following Proposed Revised Scheduling Order:

1. Depositions shall be completed by March 7, 2022.

2. All discovery shall be completed by March 7, 2022.

3. The next Case Management Conference is scheduled for March 16, 2022 at 9:30 am. The parties are instructed to call 877-411-9748 and enter Access Code 3029857# when prompted.

Dated: December 3, 2021                          Respectfully submitted,

 PARKER HANSKI LLC                               JACKSON LEWIS P.C.


 By: /s/ Glen H. Parker                          By: /s/ Joseph J. DiPalma
    Glen H. Parker, Esq.                            Joseph J. DiPalma
    40 Worth Street, 10th Floor                    44 South Broadway, 14th Floor
    New York, NY 10013                              White Plains, NY 10601
    212.248.7400                                    914.872.6920
    ghp@parkerhanski.com                            Joseph.DiPalma@Jacksonlewis.com

   *Attorneys for Plaintiff*                       *Attorneys for Defendants*

1

SO ORDERED:

Dated: New York, New York

        __December 6_____, 2021

                                                          Edgardo Ramos, U.S. District Judge