UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JULIE MAURY,                                       :
                                                   :
               Plaintiff,                       :
                                                   :
    v.                                           :      19-cv-05277 (ER)
                                                   :
TRIBECA GRAND HOTEL, INC. AND HARTZ                :
HOTEL SERVICES, INC.,                              :
                                                   :
               Defendants.                      :
                                                   :
-----------------------------------------------------------------x

## [~~PROPOSED~~] REVISED SCHEDULING ORDER

Plaintiff Julie Maury and Defendants Tribeca Grand Hotel, Inc. and Hartz Hotel Services, Inc. (collectively, the "Parties"), through their respective counsel, hereby submit the following Proposed Revised Scheduling Order:

1. Depositions shall be completed by April 15, 2022.

2. All discovery shall be completed by April 15, 2022.

3. The next Case Management Conference is scheduled for April 27, 2022 at 10:00 am.

Dated: March 15, 2022                              Respectfully submitted,

PARKER HANSKI LLC                                  JACKSON LEWIS P.C.


By: _/s/ Glen H. Parker_                           By: _/s/ Joseph J. DiPalma_
    Glen H. Parker, Esq.                               Joseph J. DiPalma
    40 Worth Street, 10th Floor                        44 South Broadway, 14th Floor
    New York, NY 10013                                 White Plains, NY 10601
    212.248.7400                                       914.872.6920
    ghp@parkerhanski.com                               Joseph.DiPalma@Jacksonlewis.com

    *Attorneys for Plaintiff*                          *Attorneys for Defendants*

1

SO ORDERED:

Dated: New York, New York

      March 15, 2022

                                            Edgardo Ramos, U.S. District Judge